# U.S. Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE (Nashville)
### Adversary Proceeding #: 3:25-ap-90059

*Assigned to:* Nancy B King  
*Lead BK Case:* 25-01435  
*Lead BK Title:* GWENDOLYN CAMILLIA WALLACE  
*Lead BK Chapter:* 7  
*Demand:*

*Date Filed:* 06/02/25

*Nature[s] of Suit:* 02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)  
13 Recovery of money/property - 548 fraudulent transfer  
31 Approval of sale of property of estate and of a co-owner - 363(h)

*Plaintiff*
-----------------------
**Eva M Lemeh**  
380 Spring Creek Road  
Lebanon, TN 37087

represented by **JUSTIN TIMOTHY CAMPBELL**  
THOMPSON BURTON PLLC  
ONE FRANKLIN PARK  
6100 TOWER CIRCLE, SUITE 200  
FRANKLIN, TN 37067  
615-465-6015  
Fax : 615-807-3048  
Email: justin@thompsonburton.com

V.

*Defendant*
-----------------------
**NAPOLEON EDMONDSON**  
3645 LOMA VISTA AVENUE #1  
OAKLAND, CA 94619

represented by **NAPOLEON EDMONDSON**  
PRO SE

*Counter-Defendant*
-----------------------
**Eva M Lemeh**  
380 Spring Creek Road  
Lebanon, TN 37087

*3rd Party Plaintiff*
-----------------------
**NAPOLEON EDMONDSON**  
3645 LOMA VISTA AVENUE #1

represented by **Lorraine Wade**  
Wade Law Firm

OAKLAND, CA 94619

199 Enon Springs Rd W  
Suite 100  
TN  
Smyrna, TN 37210  
615-915-0289  
Fax : 615-915-0290  
Email: lorrainewadelaw@gmail.com

V.

*3rd Pty Defendant*
-----------------------
**GWENDOLYN CAMILLIA WALLACE**  
120 ISLANDIA DRIVE  
Nashville, TN 37217  
SSN / ITIN: xxx-xx-7817

| Filing Date | # | Docket Text |
|---|---|---|
| 06/02/2025 | [1](#) (16 pgs; 3 docs) | Adversary case 3:25-ap-90059. *Chapter 7 Trustee's Complaint by Eva M Lemeh against NAPOLEON EDMONDSON. Fee Amount is $350.00. Filed By Trustee, Fees will be deferred.* Eva M Lemeh. (Attachments: # [1](#) Exhibit Exhibit A - 2019 QC Deed # [2](#) Exhibit Exhibit B - 2022 QC Deed) Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)), 13 (Recovery of money/property - 548 fraudulent transfer)) (CAMPBELL, JUSTIN) (Entered: 06/02/2025) |
| 06/04/2025 | [2](#) (5 pgs) | Summons Issued to Plaintiff for Service on NAPOLEON EDMONDSON. **Pretrial Conference is scheduled for 7/15/2025 at 10:15 AM, Courtroom 3 701 Broadway, Nashville, TN 37203.** *Conference to be held via Zoom (Audio Only).* (RE: related document(s)[1](#)) (jjk) (Entered: 06/04/2025) |
| 06/06/2025 | [3](#) (1 pg) | *Plaintiff/Trustee's* Summons Service Executed on Defendant NAPOLEON EDMONDSON 6/6/2025. Filed on the behalf of: Eva M Lemeh. (CAMPBELL, JUSTIN) (Entered: 06/06/2025) |
| 06/13/2025 | [4](#) (9 pgs) | Amended Complaint by JUSTIN TIMOTHY CAMPBELL on behalf of Eva M Lemeh against Eva M Lemeh. Filed on the behalf of: on behalf of Eva M Lemeh (RE: related document(s)[1](#)). (CAMPBELL, JUSTIN) (Entered: 06/13/2025) |
| 06/13/2025 | [5](#) (1 pg) | Certificate of Service mailed on 6/13/2025 *of Trustee's Amended Complaint* Filed on the behalf of: Plaintiff Eva M Lemeh (RE: related document(s)[4](#)). (CAMPBELL, JUSTIN) (Entered: 06/13/2025) |
| 06/26/2025 | [6](#) (15 pgs) | Answer to Complaint., Counterclaim by NAPOLEON EDMONDSON against Eva M Lemeh , Third-Party Complaint by NAPOLEON EDMONDSON against GWENDOLYN CAMILLIA WALLACE . Filed on the behalf of: Defendant NAPOLEON EDMONDSON, Plaintiff Eva M Lemeh, 3rd Pty Defendant GWENDOLYN CAMILLIA WALLACE (RE: related document(s)[1](#), [4](#)). (CALDWELL, RODNEY) (Entered: 06/26/2025) |

| | | |
|---|---|---|
| 06/27/2025 | 7 (2 pgs) | Notice of Appearance and Request for Service pursuant to Rule 2002. Filed on the behalf of: 3rd Party Plaintiff NAPOLEON EDMONDSON. (Wade, Lorraine) (Entered: 06/27/2025) |
| 07/14/2025 | 8 (5 pgs) | Third Party Summons Issued to Third Party Plaintiff(s) for Service on Eva M Lemeh ; GWENDOLYN CAMILLIA WALLACE. **Pretrial Conference is scheduled for 8/26/2025 at 10:15 AM, Courtroom 3 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203.** (RE: related document(s)6) (jjk) (Entered: 07/14/2025) |
| 08/07/2025 | 9 (2 pgs) | *Plaintiff/Counter-Defendant's* Motion to Dismiss Adversary Proceeding*Partial Dismissal of Multiple Counts of Counter-Complaint*. Certificate of Service mailed on 8/7/2025. Filed on the behalf of: Plaintiff Eva M Lemeh. (CAMPBELL, JUSTIN) (Entered: 08/07/2025) |
| 08/07/2025 | 10 (11 pgs) | *Plaintiff/Counter-Defendant's* Brief/Memorandum in Support of *Partial Motion to Dismiss Counter-Complaint*. Filed on the behalf of: Plaintiff Eva M Lemeh (RE: related document(s)9). (CAMPBELL, JUSTIN) (Entered: 08/07/2025) |
| 08/21/2025 | 11 (10 pgs) | *Joint* Pretrial Statement. Filed on the behalf of: Plaintiff Eva M Lemeh. (CAMPBELL, JUSTIN) (Entered: 08/21/2025) |
| 08/21/2025 | 12 (10 pgs) | *Napolean Edmondson* Brief/Memorandum in Support of *Response to Motion to Dismiss*. Filed on the behalf of: 3rd Party Plaintiff NAPOLEON EDMONDSON (RE: related document(s)9). (Wade, Lorraine) (Entered: 08/21/2025) |
| 08/27/2025 | 13 (1 pg) | Notice of Hearing on Motion to Dismiss Adversary Proceeding - AP Motion. **Hearing scheduled 10/21/2025 at 09:30 AM, Courtroom 3 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203.** - *Immediately following the hearing, a second pretrial conference will be held.* (RE: related document(s)9) (jjk) (Entered: 08/27/2025) |
| 08/29/2025 | 14 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)13 Notice of Hearing) Notice Date 08/29/2025. (Admin.) (Entered: 08/29/2025) |
| 10/09/2025 | 15 (11 pgs) | Memorandum Opinion. (RE: Related Doc#: 9). Signed on 10/9/2025. (mlh) (Entered: 10/09/2025) |
| 10/09/2025 | 16 (1 pg) | Order Granting Motion to Dismiss Adversary Proceeding- *Dismissing Counts I, II, III, IV, V, XI and XIII of Napolean Edmondson's Third-Party Complaint for failure to state a claim*. (RE: Ref Doc #9) ( Related Doc #10, 12, 15), BY THE COURT: Judge Nancy B. King. (mlh) (Entered: 10/09/2025) |
| 10/11/2025 | 17 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)16 Order on Motion to Dismiss Adversary Proceeding - AP Order) Notice Date 10/11/2025. (Admin.) (Entered: 10/11/2025) |
| 10/21/2025 | 18 (15 pgs; 3 docs) | Notice of Appeal and Statement of Election to District Court. Fee Amount is $298.00. *Napolean Edmondson-Third Party Plaintiff* Appellant Designation due by 11/4/2025. (Attachments: # 1 Exhibit Memo of law.order # 2 Exhibit Order.only) Certificate of Service Mailed on |

|  |  |  | 10/21/2025. Filed on the behalf of: 3rd Party Plaintiff NAPOLEON EDMONDSON (RE: related document(s)16). (Wade, Lorraine) (Entered: 10/21/2025) |
|---|---|---|---|
| 10/21/2025 |  | 19 | Receipt of Notice or Amended Notice of Appeal and Statement of Election( 3:25-ap-90059) [appeal,ntcapl] ( 298.00). Receipt number A19535349. Fee amount $ 298.00. (re:Doc# 18) (U.S. Treasury) (Entered: 10/21/2025) |
| 10/21/2025 |  | 20 (48 pgs; 5 docs) | *Third Party Plaintiff-Edmondson* Motion for *Leave for Interlocutory Appeal*. (Attachments: # 1 Exhibit memorandum opinion # 2 Exhibit Responsetomotiontodimiss # 3 Exhibit Third party complaint # 4 Exhibit Order to dismiss)Certificate of Service mailed on 10/21/2025. Filed on the behalf of: 3rd Party Plaintiff NAPOLEON EDMONDSON. (Wade, Lorraine) (Entered: 10/21/2025) |